Entered: October 17, 2017
Signed:  October 17, 2017

**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

**In re:   Case No.:   16–11352 – NVA     Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Prompt Restoration, Inc.
*debtor has no known aliases*
6675 Business Parkway Suite D
Elkridge, MD 21075

Social Security No.:

Employer's Tax I.D. No.:   20–4661021

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 2/5/16.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Monique D. Almy is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

fnldec – *edevine*